UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

97-0236 CR-MOORE

NO. _____

26 USC 5861(d) and 5871

MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA )
)
)
v. ) INDICTMENT
)
)
GEOFFREY ASHER )
)

FILED by _____ DC
97 MAR 28 PM 3:08
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

The Grand Jury charges that:

On or about December 18, 1996, at Miami, Dade County, in the Southern District of Florida, the defendant,

GEOFFREY ASHER,

did knowingly possess a firearm, that is, a silencer, which firearm was not registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

_____
FOREPERSON

_____
WILLIAM A. KEEFER
UNITED STATES ATTORNEY

_____
STEPHEN JAMES BINHAK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

GEOFFREY ASHER

**CERTIFICATE OF TRIAL ATTORNEY***

Related Case Information:
SUPERSEDING                Yes ___   No _X_
New Defendant(s)           Yes ___   No ___
Number of New Defendants        1
Total number of counts          1

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB     FTP

I do hereby certify that:    97-0236 CR-MOORE    MAGISTRATE JUDGE TURNOFF

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) No
   List language and/or dialect _____

4. This case will take ___ 2-3 ___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_      Petty       ___
   II   6 to 10 days       ___      Minor       ___
   III  11 to 20 days      ___      Misdem.     ___
   IV   21 to 60 days      ___      Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _X_ No
   If yes:
   Judge: _____       Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) No
   If yes:

   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____       District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) No

   _____
   STEPHEN JAMES BINHAK
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. A5500220

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __Geoffrey Asher__        Case No. __97-0236 CR-MOORE__

Count #:  I    26 USC 5861(d)

    Possession of a Silencer                MAGISTRATE JUDGE TURNOFF

*Max Penalty:  10 years imprisonment and a $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max. Penalty:

FILED by ___ DC
97 MAR 28 PM 3:08
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. -MIAMI

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FORM DBD-34
JUN. 85

No. 97-0236 CR-MOORE
MAGISTRATE JUDGE
TURNOFF

UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ FLORIDA _____

_____ CRIMINAL _____ Division

THE UNITED STATES OF AMERICA

vs.

GEOFFREY ASHER

INDICTMENT

26 USC 5861(d)

A true bill.

_____
Foreman

Filed in open court this 28th day
of March A.D. 19 97

_____
Deputy Clerk

Bail, $ _____